| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) WOOD, DIANE P. | 2. Court or Organization U.S. Court of Appeals, 7th Cir | 3. Date of Report 05/12/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Chief Circuit Judge (Active) | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |
| 7. Chambers or Office Address 2688 U.S. Courthouse 219 S. Dearborn Street Chicago, IL 60604-1818 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Senior Lecturer in Law | The University of Chicago Law School |
| 2. | Trust, Council and Board | American Academy of Arts & Sciences |
| 3. | Board Member | Constitutional Rights Foundation Chicago |
| 4. | Council and Executive Committee | American Law Institute |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, DIANE P. | 05/12/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | University of Chicago (Teaching) | $26,955.00 |
| 2. 2014 | West Academic (Book Royalties) | $1,203.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Northwestern Feinberg School of Medicine - Professor of Neurology - Salary |
| 2. 2014 | Self Employed Health Care Consultant - Expert Neurologist |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Academy of Arts & Sciences (AAAS) | 01/08/2014 | Chicago, IL | AAAS Commission on Humanities Meeting | F |
| 2. | American Law Institute (ALI) | 01/13/2014 | San Francisco, CA | ALI Director Search Interview | T |
| 3. | American Law Institute (ALI) | 01/15/14-01/17/14 | Philadelphia, PA | ALI Council Meeting | T, L, F |
| 4. | Supreme Court Historical Society | 02/03/14-02/04/14 | Washington, D.C. | Advisory Board Meeting - Federal Courts - A History | T, F |
| 5. | New York University School of Law | 02/25/14-02/26/14 | New York, NY | NYU Annual Survey of American Law Annual Dedication | T, L, F |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | WOOD, DIANE P. | 05/12/2015 |

| 6. | American Academy of Arts & Sciences (AAAS) | 03/03/2014 | New York, NY | AAAS Board of Directors Meeting | T |
|---|---|---|---|---|---|
| 7. | University of Texas Law Review Association | 3/28/14-3/30/14 | Austin, TX | Texas Law Review Association Annual Meeting | T, F |
| 8. | Lewis and Clark Law School | 04/09/14-04/10/14 | Portland, OR | Symposium in Memory of Judge Mark Kravitz | T, L, F |
| 9. | American Academy of Arts & Sciences (AAAS) | 4/17/14-4/18/14 | Cambridge, MA | AAAS 2014 Spring Governance Meeting | T, L, F |
| 10. | University of Chicago School of Law and American Law Institute (ALI) | 5/18/14-5/20/14 | Washington, DC | ALI Annual Meeting | T, L, F |
| 11. | American Academy of Arts & Sciences (AAAS) | 6/22/14-6/25/14 | London, UK | British Academy and American Academy of Arts & Science Conference | T, L, F |
| 12. | New York University Law School | 7/12/14-7/14/14 | New York, NY | NYU New Appellate Judges Seminar | T, L, F |
| 13. | American Academy of Arts & Sciences (AAAS) | 7/30/14-7/31/14 | New York, NY | AAAS Bylaws Committee Meeting | T, L, F |
| 14. | University of California - Berkeley Law School | 8/6/14-8/8/14 | Berkeley, CA | 14th Annual Intellectual Property Scholars Conference | T, L, F |
| 15. | American Law Institute (ALI) | 9/11/14-9/12/14 | Chicago, IL | ALI Executive Committee Meeting | T, F |
| 16. | Legal Services Corporation (LSC) | 9/14/14-9/15/14 | Washington, D.C. | Legal Services Corporation 40th Anniversary Symposium | F |
| 17. | Oklahoma City University and Oklahoma Humanities Council | 10/2/14-10/4/14 | Oklahoma City, OK | American Academy Commission - "Heart of the Matter" | T, F |
| 18. | American Academy of Arts & Sciences (AAAS) | 10/10/14-10/12/14 | Cambridge, MA | AAAS Induction Weekend | T, L, F |
| 19. | American Law Institute (ALI) | 10/15/14-10/17/14 | New York, NY | ALI Council Meeting | T, L, F |
| 20. | Spring Branch Independent School District | 10/24/14-10/26/14 | Houston, TX | Spring Branch School District 2nd Annual Distinguished Alumni Gala | T, L, F |
| 21. | Arizona State University Sandra Day O'Connor College of Law | 11/14/14-11/15/14 | Phoenix, AZ | Justice O'Connor Prize Dinner | T, L, F |
| 22. | Appellate Judges Educational Institute (AJEI) | 11/15/14-11/16/14 | Dallas, TX | Appellate Judges Educational Institute (AJEI) Summit | T, L, F |
| 23. | The Library Company of the Baltimore Bar | 12/9/14-12/10/14 | Baltimore, MD | Baltimore Bar Library Lecture Series | T, L, F |
| 24. | Renaissance Weekend | 12/28/14-1/1/15 | Charleston, SC | Renaissance Weekend | L, F |

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, DIANE P. | 05/12/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, DIANE P. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Teachers Insurance & Annuity Assn. (TIAA) (See Note) | | None | N | T | | | | | |
| 2. College Retirement Equities Fund (CREF) (See Note) | | None | O | T | | | | | |
| 3. BMO Harris Bank | A | Interest | L | T | | | | | |
| 4. Chase Bank | A | Interest | O | T | | | | | |
| 5. Ameriprise 403(b) | | None | M | T | | | | | |
| 6. Avanir Pharmaceuticals | A | Dividend | J | T | | | | | |
| 7. Baird Insured Deposit | A | Interest | L | T | | | | | |
| 8. Bristol Myers | A | Dividend | K | T | | | | | |
| 9. Fastenal | C | Dividend | M | T | | | | | |
| 10. Fidelity NMFF 457(b) (See Note) | | None | M | T | | | | | |
| 11. Fidelity NW 403(b) (See Note) | | None | O | T | | | | | |
| 12. Fidelity Northwestern Medical (See Note) | | None | P1 | T | | | | | |
| 13. Fidelity Puritan Fund [X] | | | | | Buy | 12/02/14 | L | B | N/A |
| 14. FRDXX Fidelity Cash Reserves | A | Interest | K | T | | | | | |
| 15. CLSPX Columbia Mid Cap Growth Cl Z | | None | M | T | | | | | |
| 16. FDVLX Fidelity Value | | None | N | T | | | | | |
| 17. FLPSX Fidelity Low Priced Stock Fund | | None | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, DIANE P. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  GE | A | Dividend | K | T | | | | | |
| 19.  TFFYX Touchstone Focused Class Y | | None | M | T | | | | | |
| 20.  Maricopa, AZ Tax-Exempt Bond [Y] | | | | | Sold | 12/31/14 | J | A | N/A |
| 21.  W & T Offshore | A | Dividend | J | T | | | | | |
| 22.  Walmart de Mexico | A | Dividend | K | T | | | | | |
| 23.  Wells Fargo (See Note) | B | Int./Div. | N | T | | | | | |
| 24.  Whole Foods | C | Dividend | N | T | | | | | |
| 25.  Zimmer Medical Holdings | A | Dividend | J | T | | | | | |
| 26.  Rental House, Travis Co., Texas- (See Note) [Y] | D | Rent | M | S | Sold | 10/22/14 | N | F | Joyce G. Pohlman |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII.  Investments and Trusts.

Lines 1 and 2: The TIAA and CREF accounts reported in these lines are not income-producing.  The value of accumulations in each either increases or decreases depending on the market and the amount of premiums paid in.

Line 10: Note for Fidelity NMFF 457(b): This account includes three funds: (1) ARBSX, value code L; (2) ARNIX, value code J; and (3) BHYIX, value code L. No income was generated, and the value method is T.

Line 11: Note for Fidelity Northwestern 403(b): This includes three funds: (1) FBGKX, value code M; (2) FETKX, value code M; and (3) FVLKX, value code M. No income; method T.

Line 12: Note for Fidelity Northwestern Medical: This includes three funds: (1)  FGCKX, value code O; (2) HAOYX, value code M; and (3) ODVYX, value code M. No income; method T.

Line 23: Note for  Wells Fargo: This represents three mutual funds: (1) WMVXX, Municipal Money Mkt-Inv, value code L; (2) SXFIX, Municipal Bond-Inv., value code J; (3) STADX, Ultra Short-Term Income-Inv, value code N. Method: T

Line 26:  The assessed valuation of the Travis County property on the 2014 tax bill was $218,083..  Rental income covers period from January 1, 2014 until date of sale (10/22/14).

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, DIANE P. | 05/12/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ DIANE P. WOOD**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544